# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00742-CV

### In re Donald Eugene Barrett

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

### ORDER

**PER CURIAM**

Relator has filed a petition for writ of habeas corpus, complaining of the trial court's judgment finding him in contempt and ordering him confined for one day beginning at 6:00 p.m. today. *See* Tex. R. App. P. 52.8. The trial court's order of enforcement and contempt and suspension of commitment is stayed until further order of this Court. *See* Tex. R. App. P. 52.10(b). The Court requests that the real party in interest file a response to the petition for writ of habeas corpus by 5:00 p.m. on Wednesday, November 13, 2013.

It is ordered on November 8, 2013.

Before Chief Justice Jones, Justices Puryear and Field